JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-2229-GW-AGRx | Date | October 14, 2025 |
|---|---|---|---|
| Title | *Jennifer Tapia, et al. v. Lowe's Home Centers, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  IN CHAMBERS - ORDER**

    The Court has received the parties' Joint Notice of Settlement (ECF No. 21) wherein it is stated that "the parties have reached a settlement agreement in this litigation. The settlement disposes of the entire action." Based on said notice, the Court: (1) takes the October 16, 2025 Post-Mediation Status Conference (and all other remaining set dates in this litigation) off-calendar, and (2) dismisses this action, but with the Court retaining jurisdiction to enforce the terms of the settlement.

                                                                                                                  :

Initials of Preparer    JG